

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-19-00236-CV

**IN RE GUARDIANSHIP OF CHARLES INNESS THRASH, AN ADULT,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017PC2912
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

Appellants filed their brief on May 4, 2019. Within their brief, appellants request that this court take judicial notice of the trial court clerk's record and the reporter's record filed in a related appeal, *In re Guardianship of Charles Inness Thrash*, No. 04-19-00104-CV. We DENY appellants' request.

The clerk of this court is directed to electronically transfer the trial court clerk's record and reporters record in Appeal No. 04-19-00104-CV to the instant appeal.

The appellees' brief is due on or before **June 14, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court